### STATE v. ROBERT BLOW.

(Filed 18 March 1964.)

APPEAL by defendant from *Parker, J.,* October Criminal Session 1963 of HALIFAX.

The defendant was tried upon a bill of indictment charging him with a violation of the provisions of G.S. 14-134, in that he unlawfully trespassed upon the premises of the Plantation Restaurant at Enfield, North Carolina. The restaurant is owned and operated by William R. Davis, the prosecuting witness, who also owns the Enfield Motel located about 50 feet north of the restaurant on the same side of Highway 301. The restaurant serves white people only and there is a sign to that effect at the entrance thereof.

The jury returned a verdict of guilty as charged in the bill of indictment. From the judgment imposed, the defendant appeals, assigning error.

*Attorney General Bruton, Deputy Attorney General Ralph Moody for the State.*

*Theaoseus T. Clayton, W. O. Warner, Samuel S. Mitchell, Floyd B. McKissick for the defendant.*

PER CURIAM. The State's evidence against this defendant was substantially the same as the evidence in the case of *S. v. Davis, ante,* 463.

The defendant's assignments of error purport to raise the same questions raised in the above case. The trial, verdict and judgment entered in this case will be upheld on authority of the opinion in *S. v. Davis, supra.*

No error.